**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-30260 |
| Plaintiff-Appellee, | D.C. No. 2:09-cr-00262-RSL-1 |
| v. |  |
| LEONEL MARIN-TORRES, | MEMORANDUM[*] |
| Defendant-Appellant. |  |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted November 17, 2017[**]

Before:  FARRIS, CANBY, and SILVERMAN, Circuit Judges.

Leonel Marin-Torres appeals from the district court's order denying his 18

U.S.C. § 3582 motion to reduce his sentence.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967),  Marin-Torres's counsel has filed a brief stating that there are

no grounds for relief, along with a motion to withdraw as counsel of record.  We

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

have provided Marin-Torres the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

The district court did not abuse its discretion in declining to reduce Marin-Torres's sentence because of his extensive record of violence before and after his sentence was imposed. In addition, our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.